PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
CHERYL GREEN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>EASTMONT OAKLAND ASSOCIATES, LLC; SCANLANKEMPERBARD COMPANIES; BANK OF AMERICA, NA; and DOES 1-40 inclusive,<br><br>    Defendants.<br>_____/ | Case No. C09-03682 SBA<br>Civil Rights<br><br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br>Date:    March 10, 2010<br>Time:    2:30 p.m. |

**STIPULATION**

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

The Case Management Conference in this matter is scheduled for March 10, 2010.

The subject property is so large that the parties completed the site inspection in two stages.  The first inspection took place on November 10, 2009, and the second inspection took place recently on February 8, 2010.  Now that the

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE C09-03682 SBA                                   C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\STIP TO CONTINUE CMC.wpd

1

1  parties have completed their inspection of the subject property, they are presently
2  waiting for reports from their access consultants who conducted the inspections.
3  The parties intend to exchange information from their respective consultants
4  regarding the inspections in an effort to further settlement negotiations.

5  On February 23, 2010, plaintiff filed a Notice of Need for Mediation.
6  The parties are awaiting appointment of a mediator, so that all parties can proceed
7  cooperatively pursuant to General Order 56.

8  Therefore, the parties hereby request that the Court continue the
9  March 10, 2010 Case Management Conference to the first available date after June
10  1, 2010 so that the parties may continue the process under General Order 56, have
11  a mediator appointed, and conduct a mediation.  Good cause exists to request the
12  continuance on the grounds that the parties are still actively negotiating settlement,
13  continue to remain cooperative in the exchange of information, and believe that a
14  continuance of the Case Management Conference will conserve attorneys fees and
15  court resources.

16  IT IS SO STIPULATED.

18  Dated: February 24, 2010          LAW OFFICES OF PAUL L. REIN

21     /s/   Paul L. Rein
   By:   Paul L. Rein, Esq.
   Attorneys for Plaintiff
22     CHERYL GREEN

23  Dated: February 24, 2010          SHEPPARD MULLIN

26     /s/   Robert Stumpf
   By:  Robert Stumpf, Esq.
27     Attorneys for Defendants EASTMONT
   OAKLAND ASSOCIATES LLC and
28     SCANLANKEMPERBARD COMPANIES

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE C09-03682 SBA

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\STIP TO CONTINUE CMC.wpd

2

1

2  Dated: February 24, 2010           BUCHALTER NENER

3

4

5              /s/ William Miller, Esq.
   By:   William Miller, Esq.
6  Attorneys for Defendant BANK OF
   AMERICA, NA

7

8

9                    **ORDER**

10

11       Pursuant to the Stipulation of the Parties it is hereby ordered that the

12  Case Management Conference in this matter be continued to 6/2/10 at 2:45 p.m.

13  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case

14  Management Conference Statement which shall be filed no later than ten (10) days prior to the

15  Case Management Conference  that complies with the Standing Order For All Judges Of The

16  Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be

17  responsible for filing the statement as well as for arranging the conference call.  All parties shall

18  be on the line and shall call (510) 637-3559 at the above indicated date and time.

19       IT IS SO ORDERED.

20

21
    Dated: 3/2/10                          *Saundra B Armstrong*
22                                          SAUNDRA B. ARMSTRONG
                                            DISTRICT JUDGE
23

24

25

26

27

28

**LAW OFFICES OF**
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE C09-03682 SBA                       C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\STIP TO CONTINUE CMC.wpd

3