1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   ROBERT J. STUMPF, JR., Cal. Bar No. 72851
3  rstumpf@sheppardmullin.com
   DEBORAH L. MARTIN, Cal. Bar No. 172634
4  dmartin@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for Eastmont Oakland Associates,
   LLC and ScanlanKemperBard Companies
8

9                      UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

12 | CHERYL GREEN,                        | Case No. 4:09 cv 03682 SBA
13 |               Plaintiff,              | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DEADLINE AND CASE MANAGEMENT CONFERENCE**
14 |        v.                             |
15 | EASTMONT OAKLAND ASSOCIATES, LLC; SCANLANKEMPERBARD COMPANIES; BANK OF AMERICA, NA; AND DOES 1 - 40 INCLUSIVE, |
16 |
17 |               Defendants.             |
18

19         Plaintiff Cheryl Green and Defendants Eastmont Oakland Associates, LLC and

20  ScanlanKemperBard Companies, and Defendant Bank of America, NA, hereby stipulate, by and

21  through their undersigned counsel of record, as follows:

22         Site inspection of the subject property in this ADA access suit took place in two

23  stages on November 10, 2009 and February 8, 2010, and the case was assigned for mediation to

24  Kerry M. Gough on March 2, 2010.  The parties understand that a mediation completion date of

25  May 24, 2010 was assigned.  The case is set for a Case Management Conference on June 2, 2010.

26         Plaintiff has not yet received a report from its access consultant and has not yet

27  made a demand for injunctive relief.  Plaintiff's counsel recently suffered the death of his wife.

28

-1-

W02-WEST:4DLM1\402648168.1                STIPULATION AND PROPOSED ORDER CONTINUING
                                           MEDIATION COMPLETION AND CMC
                                           Case 4:09 cv 03682 SBA

1  Given these circumstances, the parties agree that they are unable to complete mediation prior to
2  the May 24, 2010, deadline for mediation.
3        The parties stipulate that the mediation completion date be continued to June 30,
4  2010, or other such date as the court deems appropriate, and that the Case Management
5  Conference be continued to July 28, 2010, or such other date as the court deems appropriate.  The
6  parties submit that good cause for these continuances exists in that the parties continue to
7  negotiate regarding settlement, anticipate further exchange of information, and believe that the
8  continuances will enable them to continue the process under General Order 56, and will conserve
9  attorneys' fees and court resources.
10        SO STIPULATED
11  DATED:  May 13, 2010

      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ Deborah Martin
Robert J. Stumpf, Jr.
Deborah L. Martin
Attorneys for Defendants Eastmont Oakland
Associates, LLC, and ScanlanKemperBard Companies

DATED:  May 13, 2010

BUCHALTER NEMER, APC

By   /s/ James Wright
James Wright
William Miller
Attorneys for Defendant Bank of America, NA

DATED:  May 13, 2010

LAW OFFICES OF PAUL REIN

By   /s/  Celia McGuinness
Paul L. Rein
Celia McGuinness
Attorneys for Plaintiff Cheryl Green

-2-

1    IT IS HEREBY ORDERED, pursuant to the stipuation of the parties and good cause
2 appearing, that the mediation completion date currently set for May 24, 2010, be continued to June
3 30, 2010, and the Case Management Conference currently set for June 2, 2010, be continued to
4 July 28, 2010, at 2:30 p.m.
5    IT IS FURTHER ORDERED that the parties shall meet and confer prior to the conference
6 and shall prepare a joint Case Management Conference Statement that complies with the Standing
7 Order For All Judges Of the Northern District of California and the Standing Order of this Court,
8 and that shall be filed no later than 10 days prior to the Case Management Conference.  Plaintiff
9 shall be responsible for filing the Statement and for arranging the conference call for the Case
10 Management Conference.  All Parties shall be on the line and shall call (510) 63703559 at the
11 above indicated date and time.
12 DATED:  May 14, 2010

_Saundra B. Armstrong_
The Honorable Saundra B. Armstrong
Judge of the U. S. District Court