PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
CHERYL GREEN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>EASTMONT OAKLAND ASSOCIATES, LLC; SCANLANKEMPERBARD COMPANIES; BANK OF AMERICA, NA; and DOES 1-40 inclusive,<br><br>    Defendants.<br>_____/ | Case No. C09-03682 SBA<br>Civil Rights<br><br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION** |

**STIPULATION**

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

The Deadline to Complete Mediation in this matter, per General Order 56, is scheduled for June 30, 2010.

The subject property is so large that the parties completed the site inspection in two stages.  The first inspection took place on November 10, 2009, and the second inspection took place recently on February 8, 2010.  Given the

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE DEADLINE TO COMPLETE MEDIATION
CASE C09-03682 SBA                           C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\~5976268.wpd

1

1  large size of the subject premises, it has taken more time for plaintiff's expert to
2  complete his report and Plaintiff has still not received it.  Plaintif's expert has
3  informed plaintiff's counsel that the report will be ready Monday, June 28, 2010.
4  Thereafter, the parties intend to exchange information from their respective
5  consultants in an effort to settle the case.
6        Therefore, the parties hereby request that the Court continue the June
7  30, 2010 Deadline to Complete Mediation until September 30, 2010, so that the
8  parties may continue the General Order 56 process and conduct a mediation.
9  Good cause exists to request the continuance on the grounds that the parties are
10 still actively negotiating settlement, continue to remain cooperative in the
11 exchange of information, and believe that a continuance of the Deadline to
12 Complete Mediation will conserve attorneys fees and court resources.
13       IT IS SO STIPULATED.
14
15 Dated: June 21, 2010      LAW OFFICES OF PAUL L. REIN
16
17
18       /s/ Celia McGuinness
         By:     Celia McGuinness, Esq.
         Attorneys for Plaintiff
19       CHERYL GREEN
20
21 Dated:  June 21, 2010      SHEPPARD MULLIN
22
23       /s/   Robert Stumpf
         By:  Robert Stumpf, Esq.
24       Attorneys for Defendants EASTMONT
         OAKLAND ASSOCIATES LLC and
25       SCANLANKEMPERBARD COMPANIES
26
27 //
28 //

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE DEADLINE TO COMPLETE MEDIATION
CASE C09-03682 SBA      C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\~5976268.wpd

2

Dated: June 21, 2010          BUCHALTER NENER

      /s/ William Miller, Esq.
By:  William Miller, Esq.
Attorneys for Defendant BANK OF AMERICA, NA

## ORDER

Pursuant to the Stipulation of the Parties it is hereby ordered that the Deadline to Complete Mediation in this matter be continued to _9/30/10.

IT IS SO ORDERED.

Dated: 6/23/10

_____
SAUNDRA B. ARMSTRONG
DISTRICT JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE DEADLINE TO COMPLETE MEDIATION
CASE C09-03682 SBA

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\~5976268.wpd

3