PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
CHERYL GREEN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>EASTMONT OAKLAND ASSOCIATES, LLC; SCANLANKEMPERBARD COMPANIES; BANK OF AMERICA, NA; and DOES 1-40 inclusive,<br><br>    Defendants. | Case  No. C09-03682 SBA<br>Civil Rights<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:       July 28, 2010<br>Time:       2:30 p.m. |

**STIPULATION**

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

The Case Management Conference in this matter is scheduled for July 28, 2010.

This case involves alleged barriers to access for disabled persons at the Eastmont Mall in Oakland, California.  The subject property is so large that the parties completed the site inspection in two stages.  The first inspection took place

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE C09-03682 SBA                                       C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\STIP TO CONTINUE CMC.wpd

1

1  on November 10, 2009, and the second inspection took place on February 8, 2010.
2  Due to the size and scope of the subject premises, and to some health issues
3  experienced by plaintiff's access consultant, it took several months for plaintiff's
4  access consultant to complete his draft report. Plaintiff sent her access
5  consultant's report to defendants July 15, 2010 on a "privileged for settlement"
6  basis. Defendants have not had an opportunity to digest the report, which is over
7  100 pages long.
8  This case is governed by General Order 56, which stays discovery so that
9  the parties may attempt to mediate plaintiff's claims for injunctive relief, damages,
10 and attorney fees, litigation expenses, and costs. Plaintiff has already settled those
11 of her claims for injunctive relief, damages, and attorney fees which are particular
12 to defendant BANK OF AMERICA, NA, and received payment for those claims
13 for damages and attorney fees from BANK OF AMERICA, NA. The remaining
14 parties, plaintiff CHERYL GREEN and defendants EASTMONT OAKLAND
15 ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES have also
16 been working cooperatively and in good faith toward settlement. The remaining
17 parties wish to participate fully in the General Order 56 and mediation process
18 before setting a case management conference.
19 Therefore, the parties hereby request that the Court continue the July
20 28, 2010, Case Management Conference to the first available date after November
21 1, 2010, so that the parties may continue the process under General Order 56,
22 toward possible resolution of plaintiff's claims. Good cause exists to request the
23 continuance on the grounds that the parties are still actively working toward
24 settlement, continue to cooperate in the exchange of information, and believe that
25 a continuance of the Case Management Conference will conserve attorneys fees,
26 court resources, and facilitate the possibility of reaching resolution of all issues in
27 this case.
28 IT IS SO STIPULATED.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE C09-03682 SBA    C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\STIP TO CONTINUE CMC.wpd

2

| | |
|---|---|
| Dated: July 16, 2010 | LAW OFFICES OF PAUL L. REIN |
| | _/s/ Catherine Cabalo_<br>By: CATHERINE CABALO, Esq.<br>Attorneys for Plaintiff<br>CHERYL GREEN |
| Dated: July 16, 2010 | SHEPPARD MULLIN |
| | _/s/ Deborah Martin_<br>By: DEBORAH MARTIN, Esq.<br>Attorneys for Defendants EASTMONT OAKLAND ASSOCIATES LLC and SCANLANKEMPERBARD COMPANIES |
| Dated: July 16, 2010 | BUCHALTER NENER |
| | _/s/ William Miller_<br>By:   WILLIAM MILLER, Esq.<br>Attorneys for Defendant BANK OF AMERICA, NA |

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE C09-03682 SBA

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\STIP TO CONTINUE CMC.wpd

3

# ORDER

Pursuant to the Stipulation of the Parties it is hereby ordered that the Case Management Conference in this matter be continued to November 4, 2010, at 2:30 p.m. via telephone. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 7/20/10

_____
SAUNDRA B. ARMSTRONG
DISTRICT JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE C09-03682 SBA

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\STIP TO CONTINUE CMC.wpd

4