PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
CHERYL GREEN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GREEN,<br><br>      Plaintiff,<br><br>v.<br><br>EASTMONT OAKLAND ASSOCIATES, LLC; SCANLANKEMPERBARD COMPANIES; BANK OF AMERICA, NA; and DOES 1-40 inclusive,<br><br>      Defendants._____/ | CASE NO. C09-03682 SBA<br><u>Civil Rights</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56, PURSUANT TO LOCAL RULE 7-11** |

Plaintiff's Motion for Administrative Relief from General Order 56 is hereby GRANTED for good cause shown. A Case Management Conference is set for **February 9, 2011at 3:30 p.m.,** with a Joint Case Management Statement due at least ten (10) days prior to the conference. The statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time. This Order terminates Docket 32.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO. C09-3682 SBA

G:\SBALC2\Keith\Civil\09-3682 - Green - Order re Mot for Adm Relief.wpd

1   **IT IS SO ORDERED**.

3   Dated: Dec. 1, 2010

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO. C09-3682 SBA

G:\SBALC2\Keith\Civil\09-3682 - Green - Order re Mot for Adm Relief.wpd