PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:  510/832-5001
Facsimile:  510/832-4787
E-mail: reinlawoffice@aol.com

Attorneys for Plaintiff
CHERYL GREEN

ROBERT STUMPF, Esq. (SBN 72851)
SHEPPARD MULLIN LLP
Four Embarcadero Center, 17th Fl.
San Francisco, CA 94111-4109
Telephone:  415/434-9100
Facsimile:  415/434-3947
E-mail: RStumpf@sheppardmullin.com

Attorneys for Defendants
EASTMONT OAKLAND ASSOCIATES, LLC
and SCANLANKEMPERBARD COMPANIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GREEN,<br><br>          Plaintiff,<br><br>v.<br><br>EASTMONT OAKLAND ASSOCIATES,<br>LLC; SCANLANKEMPERBARD<br>COMPANIES; BANK OF AMERICA, NA;<br>and DOES 1-40, inclusive,<br><br>          Defendants. | CASE NO. C09-03682 SBA<br>Civil Rights<br><br>**CONSENT DECREE and  ORDER<br>BETWEEN PLAINTIFF CHERYL GREEN,<br>DEFENDANTS EASTMONT OAKLAND<br>ASSOCIATES, LLC, AND<br>SCANLANKEMPERBARD COMPANIES<br>ONLY** |

CONSENT DECREE AND [PROPOSED] ORDER

1.      Plaintiff CHERYL GREEN filed a Complaint in this action on August 12, 2009, to obtain recovery of damages for her discriminatory experiences, denial of access, and denial of her civil rights, and to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. sections 12101 *et seq.*, and California civil rights laws against Defendants EASTMONT OAKLAND ASSOCIATES, LLC; SCANLANKEMPERBARD COMPANIES; BANK OF AMERICA, NA, relating to the condition of their public accommodations as of plaintiff's visit on or about January 21, 2009, and continuing. Plaintiff has alleged that defendants violated Title III of the ADA and sections 51, 52, 54, 54.1, 54.3 and 55 of the California Civil Code, and sections 19955 *et seq.* of the California Health & Safety Code by failing to provide full and equal access to their facilities at Eastmont Mall, located at 6900 Bancroft Avenue in Oakland, California, including visits in the interior of the Bank of America and parking in the parking facilities surrounding the bank.

2.      Plaintiff and defendants EASTMONT OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES **only** (hereinafter "the Parties") hereby enter into this Consent Decree and Order for the purpose of resolving this lawsuit as to defendants EASTMONT OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES without the need for protracted litigation.

**JURISDICTION:**

3.      The Parties to this Consent Decree and Order agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. section 1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. sections 12101 *et seq.*, and pursuant to supplemental jurisdiction for alleged violations of California Health & Safety Code sections 19955 *et seq.*; and California Civil Code sections 51, 52, 54, 54.1, 54.3, and 55.

4.      In order to avoid the costs, expense, and uncertainty of protracted litigation, the Parties to this Consent Decree and Order agree to entry of this Consent Decree and Order to resolve all claims against defendants EASTMONT OAKLAND ASSOCIATES, LLC and

1   SCANLANKEMPERBARD COMPANIES raised in the Complaint filed with this Court.

2   Accordingly, the Parties agree to the entry of this Consent Decree and Order without trial or

3   further adjudication of any issues of fact or law concerning plaintiff's claims against defendants

4   EASTMONT OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES.

5   WHEREFORE, the Parties to this Consent Decree and Order hereby agree and stipulate to the

6   Court's entry of this Consent Decree and Order, which provide as follows:

7

8   **SETTLEMENT OF INJUNCTIVE RELIEF:**

9   5.      This Consent Decree and Order shall be a full, complete and final disposition and

10  settlement of plaintiff's claims against defendants EASTMONT OAKLAND ASSOCIATES, LLC

11  and SCANLANKEMPERBARD COMPANIES for injunctive relief that have arisen out of the

12  subject Complaint.

13  6.      The Parties agree and stipulate that the corrective work will be performed in compliance

14  with the standards and specifications for disabled access as set forth in the California Code of

15  Regulations, Title 24-2, and Americans with Disabilities Act Accessibility Guidelines, unless

16  other standards are specifically agreed to in this Consent Decree and Order.

17      a)      **Remedial Measures:** The corrective work agreed upon by the Parties is set forth in

18  Attachment A and Attachment C, attached and incorporated herewith. Defendants EASTMONT

19  OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES agree to

20  undertake all of the remedial work as set forth therein. In addition defendants will implement the

21  policies delineated in Attachment B, attached and incorporated herewith.

22      b)      **Timing of Injunctive Relief:** Defendants EASTMONT OAKLAND

23  ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES agree to complete the work

24  identified in Attachment A related to bathrooms, crosswalks, and grinding of the "bump"

25  described on page 15 of Barry Atwood's report within six (6) months after all parties sign this

26  Consent Decree. Defendants EASTMONT OAKLAND ASSOCIATES, LLC and

27  SCANLANKEMPERBARD COMPANIES agree to complete the curb ramp work identified in

28

1  Attachment A and Attachment C in accordance with the schedule included with Attachment C. All

2  other work identified in Attachment A will be completed within fifteen (15) months of signing this

3  Consent Decree.

4          In the event that unforeseen difficulties prevent defendants EASTMONT OAKLAND

5  ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES from completing any of the

6  agreed-upon injunctive relief according to the agreed-to timetable for completion, defendants

7  EASTMONT OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES

8  or their counsel will notify plaintiff's counsel in writing within 15 days of discovering the delay.

9  Defendants EASTMONT OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD

10  COMPANIES or their counsel will notify plaintiff's counsel in writing when all the corrective

11  work is completed, and in any case will provide status report(s) consistent with subsection (c).

12          c)        Defendants EASTMONT OAKLAND ASSOCIATES, LLC and

13  SCANLANKEMPERBARD COMPANIES will notify plaintiff in writing by the end of 120 days

14  from the Parties' signing of this Consent Decree and Order as to the current status of agreed-to

15  injunctive relief, and every 90 days thereafter until all access is provided. If defendants

16  EASTMONT OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES

17  fail to provide injunctive relief on the agreed-to timetable and/or fail to provide timely written

18  status notification, and plaintiff files a motion with the Court to obtain compliance with these

19  terms, plaintiff reserves the right to seek additional attorney fees for all compliance work

20  necessitated by defendants EASTMONT OAKLAND ASSOCIATES, LLC's and

21  SCANLANKEMPERBARD COMPANIES' failure to keep this agreement.

22

23  **DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES AND COSTS:**

24  7.      The parties have reached agreement regarding plaintiff's claim for personal injury and

25  statutory damages. Defendant will pay plaintiff $50,000 for her personal injuries and statutory

26  damages in a check made payable to "Paul L. Rein in trust for Cheryl Green" and delivered to the

27  Rein office on or before close of business January 30, 2011. No agreement has been reached

28

between plaintiff and defendants EASTMONT OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES regarding attorney fees, litigation expenses and costs. These issues will be the subject of further negotiation and/or litigation. The Parties jointly stipulate and request that the Court not dismiss the case as these significant issues remain unresolved.

**ENTIRE CONSENT ORDER:**

8.      This Consent Decree and Order and Attachments A, B, and C to this Consent Decree and Order, which are incorporated herein by reference as if fully set forth in this document, constitute the entire agreement between the signing Parties on the matters of injunctive relief. The issues of damages and attorney fees, litigation expenses, and costs are specifically excluded and shall be the subject of further negotiations and/or litigation. As such, the Parties stipulate that the Court will not dismiss the case.

**CONSENT DECREE AND ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST:**

9.      This Consent Decree and Order shall be binding on plaintiff CHERYL GREEN and upon defendants EASTMONT OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES and any successors in interest. Defendants EASTMONT OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO INJUNCTIVE RELIEF AND DAMAGES ONLY:**

10.     Each of the Parties to this Consent Decree and Order understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree and Order, any or all of them will incur, suffer or experience some further loss or damage with respect to the lawsuit

-4-

CONSENT DECREE AND [PROPOSED] ORDER

that is unknown or unanticipated at the time this Consent Decree and Order is signed. Except for all obligations required in this Consent Decree and Order, the Parties intend that this Consent Decree and Order apply to all such further loss with respect to the lawsuit, except that caused by the Parties subsequent to the execution of this Consent Decree and Order. Therefore, except for all obligations required in this Consent Decree and Order, this Consent Decree and Order shall apply to and cover any and all claims, demands, actions and causes of action by the Parties to this Consent Decree and Order with respect to the lawsuit, whether the same are known, unknown or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section 1542 provides as follows:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.**

This waiver applies to plaintiff's claims against defendants EASTMONT OAKLAND ASSOCIATES, LLC and SCANLANKEMPERBARD COMPANIES only.

11.     Except for all obligations required in this Consent Decree and Order, each of the Parties to this Consent Decree and Order, on behalf of themselves, their respective agents, representatives, predecessors, successors, heirs, partners and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the lawsuit.


**TERM OF THE CONSENT DECREE AND ORDER:**

12.     This Consent Decree and Order shall be in full force and effect for a period of twelve (12) months after the date of entry of this Consent Decree and Order by the Court, or until the injunctive relief contemplated by this Consent Decree and Order is completed, whichever occurs

-5-

1  later. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree

2  and Order for twelve (12) months after the date of entry of this Consent Decree and Order by the

3  Court, or until the injunctive relief contemplated by this Consent Decree and Order is completed,

4  whichever occurs later.

5

6  **SEVERABILITY:**

7  13.      If any term of this Consent Decree and Order is determined by any court to be

8  unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full

9  force and effect.

10

11  **SIGNATORIES BIND PARTIES:**

12  14.      Signatories on the behalf of the Parties represent that they are authorized to bind the Parties

13  to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts

14  and a facsimile signature shall have the same force and effect as an original signature.

15

16  Dated: January 26, 2011

17                                             PLAINTIFF CHERYL GREEN

18

19                                             _____ /s/ Cheryl Greeen _____
                                               CHERYL GREEN

20

    Dated: January 26, 20101

21

22                                             DEFENDANT EASTMONT OAKLAND
                                               ASSOCIATES, LLC

23

24                                             By: ____ /s/ Christopher Hughes _____

25                                             Print name: ___ Christopher Hughes _____

26                                             Title/position: _____ Principal _____

27

28

Dated: January 25, 2011

DEFENDANT SCANLANKEMPERBARD
COMPANIES


By: ___/s/  Kathleen Schultz_____

Print name: ___Kathleen Schultz_____

Title/position: __Sr. Vice President_____

APPROVED AS TO FORM:

Dated: January 25, 2011

LAW OFFICES OF PAUL L. REIN


_____/s/ Paul L. Rein_____
By PAUL L. REIN, ESQ.
Attorneys for Plaintiff CHERYL GREEN

Dated: January 26, 2011

SHEPPARD MULLIN LLP


_____/s/ Robert Stumpf_____
By ROBERT J. STUMPF JR., ESQ.
Attorneys for Defendants EASTMONT
OAKLAND ASSOCIATES, LLC and
SCANLANKEMPERBARD COMPANIES


**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.


Dated: 2/9/11

_____
Honorable SAUNDRA B. ARMSTRONG
United States District Judge

-7-