UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHERYL GREEN,<br><br>          Plaintiff,<br><br>     vs.<br><br>EASTMONT MALL ASSOCIATES, LLC.,<br>et al.,<br><br>          Defendants. | Case No:  C 09-3682 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice, subject to the terms and condition set forth in the stipulated Consent Decree between Plaintiff and Defendants Eastmont Oakland Associates LLC and Scanlankemperbard Companies.  In the event the parties are unable to resolve the remaining issue of attorney's fees, Plaintiff may submit a request to reopen the case for limited purpose of filing a motion for attorney's fees, provided that the request to reopen is filed within 60 days of this order.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated:  February 10, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge